Corominas et al., Petitioners, v. Alfaro, Municipal Judge.

Petition for a Writ of *Certiorari* to the Municipal
Judge of Coamo.

No. 102.—Decided May 27, 1913.

Certiorari—Original Jurisdiction.—In order that this court may consider origi-
nally a petition for a writ of *certiorari* to a municipal court, the petitioner
must allege the reasons therefor in accordance with rule 69 of this court.

*Mr. Manuel A. Rivera* for petitioners.

DECISION.

In petitioning for a writ of *certiorari* to a municipal court,
when the petitioners fail to comply with Rule 69 of this court
requiring that they set forth the reasons why it is indispensa-
ble that the same should be considered originally by this court,
the petition will be dismissed.

*Petition dismissed.*

Chief Justice Hernández and Justices Wolf, del Toro and
Aldrey concurred.

Mr. Justice MacLeary did not take part in the decision of
this case.